1

Matthew W. Quall, #183759
mquall@quallcardot.com

2

Quall Cardot LLP
205 East River Park Circle, Suite 110

3

Fresno, CA 93720
Telephone: (559) 418-0333

4

Facsimile: (559) 418-0330

5

Attorneys for Defendants COURTESY OLDSMOBILE-CADILLAC, INC., a California
corporation, and BEN WELLS, an individual

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

THE SHERWIN-WILLIAMS COMPANY,
d/b/a SHERWIN-WILLIAMS AUTOMOTIVE

12

FINISHES,

13

Plaintiff,

14

v.

15

COURTESY OLDSMOBILE-CADILLAC,
INC., a California corporation; and BEN WELLS,

16

an individual.

17

Defendant.

18

Case No. 1:15-cv-01137-MJS

**STIPULATION AND ORDER TO
EXTEND TIME TO AMEND ANSWER
AND FILE MOTION TO STRIKE**

19

TO THE HONORABLE MICHAEL J. SENG, UNITED STATES MAGISTRATE JUDGE:

20

Defendants   COURTESY   OLDSMOBILE-CADILLAC,   INC.   and   BEN   WELLS

21

(collectively, "Defendants"), and Plaintiff, THE SHERWIN-WILLIAMS COMPANY, d/b/a

22

SHERWIN-WILLIAMS   AUTOMOTIVE   FINISHES   ("Plaintiff"),   by   and   through   their

23

respective counsel, hereby agree and stipulate as follows:

24

**RECITALS**

25

WHEREAS, Plaintiff filed a Complaint for Damages and Demand for Jury Trial (the

26

"Complaint") on July 22, 2015, in United Stated District Court, Eastern District of California,

27

Case No. 1:15-cv-01137.

28

///

1        WHEREAS, Defendants filed an Answer to the Complaint on October 5, 2015.

2        WHEREAS, Any Motion to Strike  by Plaintiff must be filed on or before October 26,

3 2015.

4        WHEREAS, Defendants intend to voluntarily amend their Answer.

5        WHEREAS, Plaintiff and Defendants have agreed to extend the time for Defendants to

6 voluntarily amend their Answer to on or before November 9, 2015.

7        WHEREAS, in the event Defendants do not voluntarily amend their Answer, Plaintiff and

8 Defendants have agreed to extend the time for Plaintiff to file a Motion to Strike  to on or before

9 November 23, 2015.

10 **STIPULATION**

11        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants

12 as follows:

13        1.    The time for Defendants to file an Amended Answer shall be extended to on or

14 before November 9, 2015.

15        2.    Should Defendants not file an Amended Answer, the time for Plaintiff to file a

16 Motion to Strike  shall be extended to November 23, 2015.

17        **IT IS SO STIPULATED**.

18

19 Dated: October 19, 2015       By: ___/s/ Matthew W. Quall_____

20                             Matthew W. Quall
                              Attorneys for Defendants
                              COURTESY OLDSMOBILE-CADILLAC,

21                               INC., a California corporation,
                              and BEN WELLS, an individual

22

23 Dated: October 19, 2015       By: ___/s/ George Fish_____

24                               George Fish
                              Attorneys for Plaintiff THE SHERWIN-

25                               WILLIAMS COMPANY, d/b/a
                              SHERWIN-WILLIAMS AUTOMOTIVE

26                               FINISHES

27

28

1

**ORDER**

2

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

3

1.      The time for Defendants to file an Amended Answer shall be extended to on or

4

before November 9, 2015.

5

2.      Should Defendants not file an Amended Answer, the time for Plaintiff to file a

6

Motion to Strike shall be extended to November 23, 2015.

7

3.      Inasmuch as the pleadings are not yet at issue and issues of consent to Magistrate

8

Judge jurisdiction have been addressed and resolved, the Initial Scheduling Conference set for

9

October 22, 2015 at 10:00 AM shall be, and hereby is, CONTINUED to January 14, 2016 at 11:30

10

AM before Magistrate Judge Michael J. Seng.

11

IT IS SO ORDERED.

12

13

Dated:    October 21, 2015                    /s/ *Michael J. Seng*

14

UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXTEND TIME TO AMEND ANSWER AND FILE MOTION TO STRIKE