Matthew W. Quall, #183759
mquall@quallcardot.com
Quall Cardot LLP
205 East River Park Circle, Suite 110
Fresno, CA 93720
Telephone: (559) 418-0333
Facsimile: (559) 418-0330

Attorneys for Defendants COURTESY OLDSMOBILE-CADILLAC, INC., a California corporation, and BEN WELLS, an individual

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SHERWIN-WILLIAMS COMPANY, d/b/a SHERWIN-WILLIAMS AUTOMOTIVE FINISHES,<br><br>Plaintiff,<br><br>v.<br><br>COURTESY OLDSMOBILE-CADILLAC, INC., a California corporation; and BEN WELLS, an individual.<br><br>Defendant. | Case No. 1:15-cv-01137-MJS<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND TIME TO AMEND ANSWER AND FILE MOTION TO STRIKE** |

TO THE HONORABLE MICHAEL J. SENG, UNITED STATES MAGISTRATE JUDGE:

Defendants COURTESY OLDSMOBILE-CADILLAC, INC. and BEN WELLS (collectively, "Defendants"), and Plaintiff, THE SHERWIN-WILLIAMS COMPANY, d/b/a SHERWIN-WILLIAMS AUTOMOTIVE FINISHES ("Plaintiff"), by and through their respective counsel, hereby agree and stipulate as follows:

**RECITALS**

WHEREAS, Plaintiff filed a Complaint for Damages and Demand for Jury Trial (the "Complaint") on July 22, 2015, in United Stated District Court, Eastern District of California, Case No. 1:15-cv-01137.

///

WHEREAS, Defendants filed an Answer to the Complaint on October 5, 2015.

WHEREAS, Defendants intend to voluntarily amend their Answer, and by previous Stipulation and Order, any Amended Answer must be filed on or before November 9, 2015.

WHEREAS, Plaintiff and Defendants have agreed to extend the time for Defendants to voluntarily amend their Answer to on or before November 23, 2015.

WHEREAS, in the event Defendants do not voluntarily amend their Answer, Plaintiff and Defendants have agreed to extend the time for Plaintiff to file a Motion to Strike to on or before December 7, 2015.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants as follows:

1. The time for Defendants to file an Amended Answer shall be extended to on or before November 23, 2015.

2. Should Defendants not file an Amended Answer, the time for Plaintiff to file a Motion to Strike shall be extended to December 7, 2015.

**IT IS SO STIPULATED**.

Dated: November 9, 2015         By:  /s/ Matthew W. Quall
                                     Matthew W. Quall
                                     Attorneys for Defendants
                                     COURTESY OLDSMOBILE-CADILLAC,
                                     INC., a California corporation,
                                     and BEN WELLS, an individual

Dated: November 9, 2015         By:  /s/ George Fish
                                     George Fish
                                     Attorneys for Plaintiff THE SHERWIN-
                                     WILLIAMS COMPANY, d/b/a
                                     SHERWIN-WILLIAMS AUTOMOTIVE
                                     FINISHES

2
STIPULATION AND ORDER TO FURTHER EXTEND TIME TO AMEND ANSWER AND FILE MOTION TO STRIKE

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1. The time for Defendants to file an Amended Answer shall be extended to on or before November 23, 2015.

2. Should Defendants not file an Amended Answer, the time for Plaintiff to file a Motion to Strike shall be extended to December 7, 2015.

IT IS SO ORDERED.

Dated:     November 10, 2015            /s/ *Michael J. Seng*
                                                                UNITED STATES MAGISTRATE JUDGE