Matthew W. Quall, #183759
mquall@quallcardot.com
Quall Cardot LLP
205 East River Park Circle, Suite 110
Fresno, CA 93720
Telephone: (559) 418-0333
Facsimile: (559) 418-0330

Attorneys for Defendants COURTESY OLDSMOBILE-CADILLAC, INC., a California corporation, and BEN WELLS, an individual

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SHERWIN-WILLIAMS COMPANY, d/b/a SHERWIN-WILLIAMS AUTOMOTIVE FINISHES,<br><br>Plaintiff,<br><br>v.<br><br>COURTESY OLDSMOBILE-CADILLAC, INC., a California corporation; and BEN WELLS, an individual.<br><br>Defendant. | Case No. 1:15-cv-01137-MJS<br><br>**STIPULATION AND ORDER TO FILE FOURTH AMENDED ANSWER** |

TO THE HONORABLE MICHAEL J. SENG, UNITED STATES MAGISTRATE JUDGE:

Defendants COURTESY OLDSMOBILE-CADILLAC, INC. and BEN WELLS (collectively, "Defendants"), and Plaintiff, THE SHERWIN-WILLIAMS COMPANY, d/b/a SHERWIN-WILLIAMS AUTOMOTIVE FINISHES ("Plaintiff"), by and through their respective counsel, hereby agree and stipulate as follows:

## **RECITALS**

WHEREAS, Plaintiff filed a Complaint for Damages and Demand for Jury Trial (the "Complaint") on July 22, 2015, in United Stated District Court, Eastern District of California, Case No. 1:15-cv-01137.

///

WHEREAS, Defendants filed an Answer with the Complaint on October 5, 2015.

WHEREAS, Defendants filed a Second Amended Answer with the Court on March 4, 2016.

WHEREAS, Defendants filed a Third Amended Answer with the Court on August 29, 2016.

WHEREAS, Defendants intend to voluntarily amend their Answer.

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants as follows:

1. Defendants shall file a Fourth Amended Answer on or before November 30, 2016.

**IT IS SO STIPULATED**.

Dated: November 21, 2016      By:  /s/ Matthew W. Quall
                                              Matthew W. Quall
                                              Attorneys for Defendants
                                              COURTESY OLDSMOBILE-CADILLAC,
                                              INC., a California corporation,
                                              and BEN WELLS, an individual

Dated: November 21, 2016      By:  /s/ Natasha M. Lockhart
                                              George Fish
                                              Jeffrey Wilson
                                              Natasha M. Lockhart
                                              Attorneys for Plaintiff THE SHERWIN-
                                              WILLIAMS COMPANY, d/b/a
                                              SHERWIN-WILLIAMS AUTOMOTIVE
                                              FINISHES

2
STIPULATION AND ORDER FOR DEFENDANTS TO FILE A FOURTH AMENDED ANSWER

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

Defendants shall file a Fourth Amended Answer in case number 1:15-cv-01137-MJS on or before November 30, 2016.

IT IS SO ORDERED.

Dated: November 22, 2016          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE