Matthew W. Quall, #183759
mquall@quallcardot.com
Quall Cardot LLP
205 East River Park Circle, Suite 110
Fresno, CA 93720
Telephone: (559) 418-0333
Facsimile: (559) 418-0330

Attorneys for Defendants COURTESY OLDSMOBILE-CADILLAC, INC., a California corporation, and BEN WELLS, an individual

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SHERWIN-WILLIAMS COMPANY, d/b/a SHERWIN-WILLIAMS AUTOMOTIVE FINISHES,<br><br>          Plaintiff,<br><br>     v.<br><br>COURTESY OLDSMOBILE-CADILLAC, INC., a California corporation; and BEN WELLS, an individual.<br><br>          Defendant. | Case No. 1:15-cv-01137-MJS<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS** |

TO THE HONORABLE MICHAEL J. SENG, UNITED STATES MAGISTRATE JUDGE:

Defendants COURTESY OLDSMOBILE-CADILLAC, INC. and BEN WELLS (collectively, "Defendants"), and Plaintiff, THE SHERWIN-WILLIAMS COMPANY, d/b/a SHERWIN-WILLIAMS AUTOMOTIVE FINISHES ("Plaintiff"), by and through their respective counsel, hereby agree and stipulate as follows:

**RECITALS**

WHEREAS, the parties intend to voluntarily attend mediation in March of 2017 on a mutually agreeable date.

WHEREAS, the dates selected for mediation are either March 1-2, 2017 or March 8-10, 2017, in accordance with mediator availability.

WHEREAS, the parties were not able to schedule mediation during the month of February due to health-related issues of BEN WELLS. Namely, Mr. Wells has suffered recent heart failures and has scheduled doctors' appointment throughout the month of February and is therefore unable to mediate the dispute in February.

WHEREAS, treating physicians for Mr. Wells indicate he will be able to participate in mediation in March.

WHEREAS, the parties have agreed to extend the time to file dispositive motions to allow the parties to participate in mediation.

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants as follows:

1. The time for the parties to file dispositive motions shall be extending to March 31, 2017.

**IT IS SO STIPULATED**.

Dated: January 18, 2017    By:  /s/ Matthew W. Quall
                                Matthew W. Quall
                                Attorneys for Defendants
                                COURTESY OLDSMOBILE-CADILLAC,
                                INC., a California corporation,
                                and BEN WELLS, an individual

Dated: January 18, 2017    By:  /s/ Natasha M. Lockhart
                                Jeffrey Wilson
                                Natasha M. Lockhart
                                Attorneys for Plaintiff THE SHERWIN-
                                WILLIAMS COMPANY, d/b/a
                                SHERWIN-WILLIAMS AUTOMOTIVE
                                FINISHES

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the time for the parties to file dispositive motions in case 1:15-cv-01137 MJS, Sherwin-Williams Co. v Courtesy Oldsmobile-Cadillac, Inc., may be be extended to March 31, 2017, **PROVIDED** the parties understand and mutually agree that if a dispositive motion is filed and set for hearing at any time after April 7, 2017, the Pretrial Conference and Trial dates will have to be continued.

IT IS SO ORDERED.

Dated:   January 19, 2017          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE