**McCORMICK BARSTOW, LLP**
**Gregory S. Mason**
Greg.mason@mccormickbarstow.com
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

**YOUNG BASILE HANLON & MACFARLANE, PC**
**Jeffrey D. Wilson, Esq.** (*pro hac vice*)
wilson@youngbasile.com
**George S. Fish** (*pro hac vice*)
fish@youngbasile.com
**Natasha M. Lockhart** (*pro hac vice*)
lockhart@youngbasile.com
3001 West Big Beaver Road, Suite 624
Troy, MI 48084
Telephone: (248) 649-3333
Facsimile: (248) 649-3338

Attorneys for Plaintiff
The Sherwin-Williams Company,
d/b/a Sherwin-Williams Automotive Finishes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SHERWIN-WILLIAMS COMPANY, d/b/a SHERWIN-WILLIAMS AUTOMOTIVE FINISHES,<br><br>Plaintiff,<br><br>vs.<br><br>COURTESY OLDSMOBILE-CADILLAC, INC. AND BEN WELLS,<br><br>Defendants. | Case No.: 1:15-cv-01137-MJS<br><br>**STIPULATION AND ORDER FOR A STAY OF THE DEADLINE TO FILE DISPOSITIVE MOTIONS** |

1

To the Honorable Michael J. Seng, United States Magistrate Judge:

Plaintiff The Sherwin-Williams Company ("Plaintiff") and Defendants Courtesy Oldsmobile-Cadillac, Inc. and Ben Wells (collectively, "Defendants"), by and through their undersigned counsel, hereby agree and stipulate as follows:

## RECITALS

Whereas, the parties voluntarily attended mediation on March 30, 2017,

Whereas, the parties have come to a tentative settlement agreement,

Whereas, the parties have agreed to a stay of the deadline in which to file dispositive motions to allow the parties time to finalize and execute the settlement agreement.

## STIPULATION

It is hereby stipulated and agreed to by and between Plaintiff and Defendants as follows:

1.    There shall be a stay of the deadline in which to file dispositive motions pending the execution of the parties' settlement agreement.

**IT IS SO STIPULATED.**

Dated: March 31, 2017

*/s/ Natasha M. Lockhart*          */s/ Matthew W. Quall (with permission)*
Natasha M. Lockhart                Matthew W. Quall
*Attorneys for Plaintiff*          *Attorneys for Defendants*

## **ORDER**

Good cause appearing, it is hereby ordered that the deadline in which to file dispositive motions in this case is extended to a date 14 days from the date of this Order.

IT IS SO ORDERED.

Dated:   April 1, 2017                          /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

*The Sherwin-Williams Company v. Courtesy Oldsmobile-Cadillac, Inc. and Ben Wells*
*Case No.: 1:15-CV-01137-MJS*

I am employed in the County of Oakland, State of Michigan; I am over the age of eighteen (18) and not a party to the within action; my business address is 3001 W. Big Beaver Road Suite 624, Troy, MI 48084. On March 31, 2017, I served the document(s) described as **Stipulation and [Proposed] Order for A Stay of the Deadline to File Dispositive Motions** on all interested parties to this action by delivering a copy thereof via electronic mail to each of said interested parties at the following address(es):

> Matthew W. Quall
> Mary E. Krugh
> Quall Cardot, LLP
> 205 East River Circle, Suite 110
> Fresno, CA 93720
> Tel: (559) 418-0333
> Fax: (559) 418-0330
> mquall@quall@quallcardot.com
> mkrugh@quallcardot.com
> Attorneys for Defendant

☐ **(BY MAIL)** I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our firm's office address in Troy, Michigan. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☒ **(BY E-MAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth above.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on March 31, 2017, at Troy, Michigan.

                                           */s/ Natasha M. Lockhart*
                                           Natasha M. Lockhart